# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>**KENNETH HOWARD WORTHY**<br>(DOB 12/06/1975)<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)  21-mj-2024DPR<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____July 4, 2020, to March 5, 2021,_____ in the county of _____Howell_____ in the _____Western_____ District of _____Missouri_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 2251(a) | Beginning on an unknown date, but as early as July 4, 2020, and continuing through March 5, 2021, said dates being approximate, in Howell County, and elsewhere, in the Western District of Missouri, the defendant, KENNETH HOWARD WORTHY, employed, used, persuaded, induced, enticed, and coerced a minor, John Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e). |

This criminal complaint is based on these facts:

Please see attached affidavit of HSI TFO Joseph Neuschwander

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph Neuschwander, HSI TFO
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: _____3/30/21_____

_____
*Judge's signature*

City and state: _____Springfield, Missouri_____   David P. Rush, Chief United States Magistrate Judge, Western District of Missouri
*Printed name and title*