## ATTACHMENT A
## Criminal Charge

Beginning on an unknown date, but as early as July 4, 2020, and continuing through March 5, 2021, said dates being approximate, in Howell County, and elsewhere, in the Western District of Missouri, the defendant, **KENNETH HOWARD WORTHY**, employed, used, persuaded, induced, enticed, and coerced a minor, John Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).