IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:21-CV-03039-MDH |
| ) | |
| KENNETH HOWARD WORTHY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is Defendant's Amended Motion for Leave to Appeal *In Forma Pauperis*, which appears to comport with Rule 24(a)(1) of the rules of appellate procedure. Defendant's Amended Motion reflects a financial inability to pay fees and costs and identifies specific issues for appeal. This Court is without jurisdiction, however, to appoint Attorney Smith for appeal, as such appointments are handled by the Eighth Circuit. Accordingly, Plaintiff's Amended Motion for Leave to Appeal *In Forma Pauperis* is **GRANTED**. Plaintiff's original Motion is thereby **MOOT**.

**IT IS SO ORDERED.**

DATED:	December 28, 2023

                                                      */s/ Douglas Harpool*
                                                    **DOUGLAS HARPOOL**
                                                    **UNITED STATES DISTRICT JUDGE**